UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JODY A. LOVALLO,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; PRINCIPAL SARA MEDINA; ASSISTANT PRINCIPAL MARISA SORBARO; ASSISTANT PRINCIPAL EILEEN KURPPE; ASSISTANT PRINCIPAL ALLISON KREN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023

23-CV-834 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

       The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education, Principal Sara Medina, Assistant Principal Marisa Sorbaro, Assistant Principal Eileen Kurppe, and Assistant Principal Allison Krenn. Plaintiff is directed to serve the summonses and complaints on Defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated:   February 21, 2023
            New York, New York

                                         _____
                                         MARY KAY VYSKOCIL
                                         United States District Judge